FIDELITY AND DEPOSIT COMPANY OF MARYLAND v. BOARD OF EDUCATION OF PENDER COUNTY ET AL.

(Filed 3 May, 1933.)

**Appeal and Error K c—**

   Where it appears from the record that the Court made an error in calculating the amount recoverable by plaintiff a petition to rehear will be granted and the error corrected.

PETITION to rehear.

*I. C. Wright for plaintiff.*
*C. E. McCullen and Bryan & Campbell for Board of Education.*

BROGDEN, J. The cause was considered in *Fidelity Co. v. Board of Education*, 202 N. C., 354, 162 S. E., 763. The petition to rehear as-

serts that the writer of the opinion made an error of calculation in assuming that the amount of retained percentage in controversy was $4,375.20, whereas in fact the retained percentage based upon the contract price, would amount to $7,442.70. A reëxamination of the record discloses that the contention of the plaintiff is correct and that such error was made. The plaintiff is therefore entitled to recover the sum of $4,375.20, and it is so adjudged.

Petition allowed.